IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR326 |
| v. | ) | |
| FREDDIE L. WILLIS, | ) | ORDER |
| Defendant. | ) | |

On September 20, 2012, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant for Offender Under Supervision. (Filing No. 174). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation number 6 contained within the Petition is true and the Court found the defendant to be in violation of conditions of his supervised release. The plaintiff dismissed allegations 1-5. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 12 months. It is further recommended that he receive credit for time served from September 6, 2012.

2) That upon completion of the defendant's incarceration, he will be placed on supervised release for a term of 48 months. The original terms and conditions of supervised release imposed on December 15, 2005, remain in full force and effect with the added condition

that, upon his release from the Bureau of Prisons, he complete a domestic violence program as recommended by the Probation office.

DATED this 20th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                              _____
                              Signature of Defendant
```

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                              UNITED STATES WARDEN


                              By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                              UNITED STATES WARDEN


                              By: _____
```